IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

V.  4:16CR0025-01 JM

ERIC L. DIXON

**ORDER**

Pending is the Defendant's request for termination of supervised release (Docket # 2). The United States has no objection to the motion. After consideration of the factors set forth in 18 U.S.C. § 3553, the term of supervised release previously imposed upon the Defendant is hereby terminated. The Clerk is directed to provide a copy of this Order to the United States Probation Office.

IT IS SO ORDERED this 5th day of September, 2017.

_____
James M. Moody Jr.
United States District Judge